# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S D.C   Atlanta

JUL 2 8 2008

JAMES N HATTEN, Clerk
By. _____ Deputy Cle

## 1:02-cv-01467-RWS
## In Re: Mirant Corp Securiti, et al v. , et al
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 07/28/2008

TIME COURT COMMENCED· 9 40 A M
TIME COURT CONCLUDED: 12·25 P M.
TIME IN COURT. 2.30

COURT REPORTER· Sharon Upchurch
DEPUTY CLERK· RicK Goss

| | |
|---|---|
| ATTORNEY(S) PRESENT. | Lisa Bugni representing Mirant Corporation<br>Lillian Caudle representing The Southern Company<br>Jerome Congress representing Betty H  Teaford<br>Jessica Corley representing Mirant Corporation<br>Todd David representing Mirant Corporation<br>John Despriet representing James A. Ward<br>Meryl Edelstein representing Glickenhausen & Co<br>John Harnes representing Glickenhausen & Co<br>Gregory Keller representing Glickenhausen & Co.<br>Robert Killorin representing Douglas A. Kellner<br>Matthew Kupillas representing Douglas A  Kellner<br>Michael McConnell representing The Southern Company<br>Paul Vizcarrondo representing Banc of America Securities LLC |
| PROCEEDING CATEGORY· | Motion Hearing(Motion Hearing Non-evidentiary). |
| MOTIONS RULED ON | [193]Motion to Certify Class TAKEN UNDER ADVISEMENT<br>[220]Motion to Dismiss TAKEN UNDER ADVISEMENT<br>[221]Motion to Dismiss TAKEN UNDER ADVISEMENT<br>[222]Motion to Dismiss TAKEN UNDER ADVISEMENT<br>[257]Motion for Reconsideration TAKEN UNDER ADVISEMENT<br>[258]Motion for Reconsideration TAKEN UNDER ADVISEMENT<br>[273]Motion for Partial Summary Judgment TAKEN UNDER ADVISEMENT<br>[274]Motion for Partial Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT· | Order to follow. |